FILED

04/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0092

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0092

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

MICHAEL DUNNE,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 24, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 26 2021